

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
DENVER REGIONAL OFFICE
SUITE 1700
BYRON G. ROGERS FEDERAL BUILDING
1961 STOUT STREET
DENVER, COLORADO 80294-1961

FRANK D. GOLDMAN
Senior Counsel
Division of Enforcement

Telephone: 303-844-1043
Facsimile: 303-295-0538

November 19, 2015

**VIA ECF:**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

     **Re:** *SEC v. Cedric Cañas Maillard*, **Case No. 15-cv-6380 (RA)**

Dear Judge Abrams:

  Pursuant to your October 20, 2015 Order, we write to update the Court on our efforts to serve Defendant Cedric Cañas Maillard ("Cañas") under Rule 4(f) of the Federal Rules of Civil Procedure.

  As we previously informed the Court, the SEC retained a Spanish law firm to assist the SEC in serving Cañas. The firm attempted to locate and serve Cañas at several addresses, some of which Cañas had previously provided to the SEC, but to date, it has been unable to locate Cañas at any of those addresses. The firm subsequently discovered that Cañas transferred his Madrid residence to Banco Santander, the mortgage holder, in exchange for extinguishing the remaining balance on the mortgage. In a filing related to that transaction, Cañas declared himself to be living at a specific residential address in Portugal. Our Spanish counsel is currently attempting to serve Cañas at that address. To the extent that we are unable to serve him in Portugal, the SEC intends to have its Spanish counsel initiate court proceedings in Spain, Cañas's place of citizenship, or take such other actions as are necessary to effect service. The SEC proposes that it provide the Court with another status update in 60 days. Please let us know if you would like any further information.

              Respectfully,

              Frank D. Goldman
              Senior Counsel